| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | **Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial) Ezra, David A | 2. Court or Organization District of Hawaii | 3. Date of Report 4/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 300 Ala Moana Blvd. Honolulu, Hawaii 96850 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 1. Member, Board of Trustees | St. Louis School (see explanation) |
| 2. 2. Adjunct Professor | University of Hawaii Law School (see explanation) |
| 3. 3. Executive Committee | Federal Judges Association (see explanation) |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | University of Hawaii Law School, Adjunct Professor (see explanation) | 4,470.03 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | ▆▆▆▆▆▆▆▆ Teaching Income |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Federal Judges Association | Reimb. To Attend FJA Meeting, Wash. DC May 3-5, 2003 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ezra, David A | 4/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Compass Bank | Student Loan | K |
| 2. | Loan Star Systems Inc. (formally Texas National Bank of Waco loans) | Student Loan | K |
| 3. | Access Group Inc. | Student Loan | K |
| 4. | Wells Fargo Bank | Student Loan | K |
| 5. | John Hancock Life Ins. Co. | Loan from own insurance policy | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Ezra, David A | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Savings Acts. American Savings Bank, Honolulu, Hawaii | A | Interest | J | T | | | | | |
| 2. Savings Act. Federal Employee Federal Credit Union, Hon. HI | A | Interest | K | T | | | | | |
| 3. IRA Territorial Savings, Hon. HI Act. 1 | A | Interest | J | I | | | | | |
| 4. IRA Territorial Savings, Hon HI Act. 2 | D | Interest | N | T | | | | | |
| 5. 10% undivided Int. in Real Prop.Kerr TX (see expl). | A | None | K | Q | | | | | |
| 6. Teachers Ann.Ret.Act. Equity Fund | A | Dividend | K | T | | | | | |
| 7. State of Hawaii Retirement Program (see expl). | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ezra, David A | 4/15/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part I (1) Member of Board of Trustees, St. Louis School, Hon. HI. Have no control of school assets or investments, receive no compensation and do no fund raising.

(2) Adj. Prof. Univ. of Hawaii Law School. Taught 3 cr. Course in Federal Courts. Received appropriate approval (attached to this report) and receive same compensation as other Adjuncts.

(3) Executive Committee, Federal Judges Association composed of Art. III Judges of the US.

Part III (1) Univ. of Hawaii Law School Adj. Prof. (see explanation above).

Part VII (5) Undivided 10% Int. in Real Property in Kerr County, Texas with ▓▓▓▓▓▓ No income from Property and pay share of property taxes and insurance.

(7) State of Hawaii Retained Earnings Program. State keeps a small portion of my earnings from teaching as an Adjunct Professor when I leave part time teaching position. This is my sixth year of participation in the program.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▰▰▰▰▰▰▰▰          Date  4/15/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544